ALISON BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER PLLC**
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
Telephone: (702) 628-9888
Fax: (702) 960-4118
abrasier@Lvattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILA PAYNE, an individual, | CASE NO.: 2:18-cv-02245-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND TO STATE COURT** |
| vs. | |
| NATIONAL BASKETBALL ASSOCIATION, INC. d/b/a NBA SUMMER LEAGUE; DOES I-X; and ROE COMPANIES I-X, inclusive, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby stipulate as follows:

THAT the above-captioned case shall be remanded to, and reopened in, the Eighth Judicial District Court of Clark County, Nevada, Department 24, Case No. A-18-777157-C.

THAT upon remand to State Court, Plaintiff shall be permitted to file an Amended Complaint, attached hereto as Exhibit 1, adding STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS as a Defendant in Case No. A-18-777157-C.

///

///

///

THAT after the Amended Complaint is filed in Case No. A-18-777157-C, Defendant STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS will be dismissed with prejudice from Case No. A-18-770941-C, pending before Department 28 in the Eighth Judicial District Court in Clark County, Nevada.

THAT after the case is remanded and reopened in State Court, Defendant NATIONAL BASKETBALL ASSOCIATION, INC. d/b/a NBA SUMMER LEAGUE shall be dismissed without prejudice from Case No. A-18-777157-C. A separate Stipulation and Order to Dismiss will be submitted to Judge Jim Crocket in Department 24 for review and signature.

DATED THIS 11th day of February, 2019.

**HICKS & BRASIER, PLLC**

/s/ Alison M. Brasier
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

DATED THIS 11 day of February, 2019.

**BREMER WHYTE BROWN & O'MEARA LLP**

JACQUELYN J. KELLEY, ESQ.
Nevada Bar No. 14554
1160 North Town Center Drive, Suite 250
Las Vegas, NV 89144
*Attorneys for Defendant*

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 19, 2019.